AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### District of Oregon

**SEALED**

United States of America
v.

ANWAR AKBAR ADAMS

)
)
)
)
)
)
)
)

Case No. 3:21-mj-00103

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 1, 2021 to May 5, 2021___ in the county of ___Multnomah___ in the _____ District of ___Oregon___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i and vi) |

(Continued on attached Supplement to Complaint Offense Description)

This criminal complaint is based on these facts:

See the attached affidavit of DEA Task Force Officer Christopher Haynes.

Certified to be a true and correct copy of original filed in this District
Dated: __05/13/2021__
**MARY L. MORAN, Clerk of Court**
U.S. District Court of Oregon
By: _s/S. Behrends_
Pages ___1___ Through ___16___

☑ Continued on the attached sheet.

/s/ Signed by telephone
*Complainant's signature*

Christopher Haynes, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:53__ a.m./p.m

Date: ___05/12/2021___

*Judge's signature*

City and state: ___Portland, Oregon___  STACIE F. BECKERMAN, U.S. Magistrate Judge
*Printed name and title*

3:21-mj-00103

## United States of America

### v.

### ANWAR AKBAR ADAMS

### COUNT 1
**(Possession with Intent to Distribute Heroin)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i))**

From on or about April 1, 2021 to on or about May 5, 2021 in the District of Oregon,

**ANWAR AKBAR ADAMS** did unlawfully and knowingly possess with intent to distribute 100

grams or more of a mixture or substance containing a detectible amount of heroin, a Schedule I

controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i).

### COUNT 2
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi))**

On or about April 19, 2021 in the District of Oregon, defendant **ANWAR AKBAR**

**ADAMS** did unlawfully and knowingly possess with intent to distribute more than 40 grams of a

mixture or substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propenamide (fentanyl), a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

3:21-mj-00103

DISTRICT OF OREGON, ss:                    AFFIDAVIT OF CHRISTOPHER HAYNES

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Christopher Haynes, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I, Tigard Police Officer Christopher Haynes, currently hold the rank of Detective

and am assigned as a Task Force Officer (TFO) to the Portland Drug Enforcement

Administration (DEA) Portland Office Group D51. Prior to my assignment to the DEA I was

assigned to the Westside Interagency Narcotics Task Force (WIN) where, for four years, I

investigated drug crimes in and around Washington County. Prior to my assignment with WIN I

was assigned to the Federal Bureau of Investigation (FBI) Metro Gang Task Force (MGTF) and

the Transit Police in Portland, Oregon. My duties with the Transit Police included over one year

of continuous undercover operations conducting various criminal investigations throughout the

Portland metropolitan area focusing primarily on the distribution of controlled substances. I have

assisted in and or conducted hundreds of drug investigations resulting in the arrest and

prosecution of hundreds of suspects for drug related crimes. I have assisted in the execution of

more than 100 search warrants for evidence related to the illegal sale and possession of narcotics.

In addition, during the course of being a Police Officer; I have had numerous conversations with

individuals involved in the illegal distribution, possession, trafficking and manufacturing of

controlled substances and have become familiar with their methods of operation. I am familiar

with investigations of drug trafficking organizations (DTOs), including methods of importation

and distribution of controlled substances. Finally, I maintain a professional level of fluency in

Spanish language.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for:

- Anwar Akbar Adams ("Adams")

for violations of Title 21, United States Code, Section 841(a)(1), Possession with Intent to

Distribute Controlled Substances (the "Target Offenses").

### Applicable Law

3.      Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(i) and (vi) makes it

illegal to posses with intent to distribute the following Schedule I controlled substances:

- 100 grams or more of a misxture or substance containing a detectable amount of heroin,
  and

- 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-
  N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl).

### Statement of Probable Cause

### Case Overview

4.      In October 2020, Investigators began investigating a drug trafficking organization

(DTO) suspected of importing methamphetamine and heroin from Mexico into California, then

destined for distribution in Oregon and Washington. ███████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

**Page 2 – Affidavit of Christopher Haynes**                     **USAO Version Rev. April 2018**



5. ███████████████████████████████

6. ███████████████████████████████



7.    On April 9, 2021, ███████████████████████████████

8.    On May 5, 2021, ████████████████████████████

███████████████████████████████████████████████████████

█████████████████

     9.       Over the course of the investigation, █████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████████████

**Page 5 – Affidavit of Christopher Haynes**             **USAO Version Rev. April 2018**

██████████████████████████████████████████████████████

████████████████████████████████████

    10.    █████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████

████   As detailed herein, this affidavit supports the arrest of Anwar Akbar Adams, one of ████ sub-distributors, who regularly sources bulk narcotics from ██████████ for re-distribution to his customers.

### *Statement of Probable Cause*

    11.    During this investigation, ████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

**Page 6 – Affidavit of Christopher Haynes**           **USAO Version Rev. April 2018**

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████

12.    ████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████

13.    Based on my training and experience as a narcotics investigator I know the term "chiva" to be a common slang term for heroin. I know that heroin is commonly sold by weight. I know the term "piece" to commonly refer to a 25 gram quantitiy of narcotic substance by weight. I know the price quoted for the four (4) pieces of heroin to be consistent with current heroin pricing in the Portland metro area. I know the term "coke" to be a common slang term for cocaine. I know that the price $1,350.00 per ounce of cocaine is consistent with current cocaine pricing. I therefore belive Kaz coordinated the sale of 100 grams of heroin and an ounce of cocaine from ██████ to Adams.

14.    ████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████



16.     The case to date has demonstrated that ██████ supplies numerous sub-distributors with bulk quantities of heroin, cocaine, methamphetamine, and small round blue tablets that have been found to contain fentanyl. I know narcotics distributors often speak using coded language and or jargon when discussing elements of narcotics distribution by voice call or messaging application. I know this is done in order to avoid detection by law enforcement should their communications be intercepted or otherwise obtained by law enforcement. Common jargon or code for methamphetamine include clear, water, and windows. Common jargon or code for heroin include dark, brown, soda and black. Common jargon or code for narcotics sales proceeds include paper and receipts. Common code for fentanyl tablets include blues, buttons, or pills.

██████████████████████████████████████████████

██████████████████████████ Investigators have seized small round blue tablets from other distributors operating in ██████ DTO. These pills were found to contain fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide) and to weigh about .11 grams each. Based on this, I believe Adams' acquisition of "1000 blues" constitutes the possession with

intent to distribute over 100 grams of a mixture containing fentanyl.

17. ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

18.      Based on my training and experience as a narcotics investigator, I know the

process of obtaining bulk narcotics for distribution and distribution to sub-distributors requires

the involved parties to communicate details of the related transactions including, the location

where the exchange is to take place, the quantity to be exchanged, the price the supplier will

charge for the narcotics purchased, and the date and time the transaction is to occur. I know

almost all of this communication is conducted via cell phone, text messaging, and related

communication applications.

19. ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

█████

20. █████████████████████████████████████

████████████████████████████████████████████

**Page 9 – Affidavit of Christopher Haynes**              **USAO Version Rev. April 2018**

███████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

21.     At about 1:30 p.m., while observing the Union Ave Motel, I observed a silver

Mercedes sedan with silver 12 spoke rims and without license plates arrive and park in front

of Unit 0. I observed that the driver of the Mercedes was a light skinned black male adult about

45 years of age. The man was bald and wore a goatee. Also in the Mercedes was a Caucasian

female adult about 40 years of age. The male, carrying a brown backpack or duffle bag, and the

female disembarked the Mercedes and entered into Unit 0 using a key held by the male. As

detailed herein, the driver of Adams' Mercedes who I observed enter the Premises was later

identified as Adams.

22.     After a few minutes, I observed Adams exit the Premises and enter a black

Cadillac Escalade without license plates parked in front of the unit. As Adams was in the

Escalade, an older black male approached on foot and interacted with the Adams. They then both

entered the Premises. Shortly thereafter, Adams emerged from the Premises and conducted an

inspection of the wheel well area of his Mercedes, the Escalade, and a Chevrolet Tahoe parked

just east of the Premises. Adams then re-entered the Premises. Both men then exited the unit. I

then observed the second man walk away to the east while Adams walked up to the Motel

manager who had arrived on foot from the office area. I then observed Adams hand a stack

of cash to the Motel manager.

23.     At about 2:15 p.m., I observed the same silver Nissan Rogue (bearing Oregon

**Page 10 – Affidavit of Christopher Haynes**                    **USAO Version Rev. April 2018**

plate number 241GCF) from the 90th and Halsey deal arrive and park just east of the Premises. A Hispanic male adult wearing a black t-shirt and black ball cap disembarked the Rogue and walked up to the Premises where Adams opened the door and let him in. I recognized the driver of the Rouge as the unidentified runner for ███████ who has been observed delivering narcotics at ████████ direction throughout this case. Shortly after that, a large green older passenger van arrived and parked in front of the Premises. Several black male adults with dreadlock style hair emerged from the van and loitered in front of the Premises. While the van was in front of the Premises, my view of the entrance to the Premises was obscured. After a few minutes, I observed the driver of the Rouge walk from the area of the Premises to the Rouge, enter the silver Nissan Rogue, and departed the area.

24.     Based on my training and experience as a narcotics investigator, I recognized the observed activity consistent with street level narcotics distribution. I believe the short stay at the Premises by the older black male and the dreadlocked young black males is consistent with transactions with drug customers. I believe the arrival and short stay inside the Premises by the driver of the silver Nissan Rogue (████████ unidentified runner) is consistent with the delivery of bulk narcotics per Adams' intercepted request to purchase 1000 blues.

25.     On May 5, 2021, ███████████████████████████████████████



26.     ██████████████████████████████████████



27.

28.

29.     At approximately 2:20 p.m. that same day, Investigators again established covert physical surveillance in the area of the Premises where they observed several vehicle parked outside including the same black Cadillac Escalade mentioned above. At approximately 2:35 p.m., Investigators observed a gray Chevrolet Silverado bearing Oregon license plate 398MET arrive and park just east of the Premises. Investigators then observed an unidentified Caucasian female adult exit the Silverado, walk to the Premises, and knock on the door. At approximately 2:36 p.m., Investigators observed another unidentified Caucasian female adult open the door to

the Premises from the inside, and grant entry to the arriving female subject.

30.     Over the course of the next hour, Investigators observed the woman first observed inside the Premises coming and going from the Premises to vehicles parked outside. On multiple occasions, she accessed a vehicle parked outside and then interacted briefly with various unidentified persons who arrived there by vehicle. Investigators recognized the woman's interaction with short stay traffic as consistent with street level narcotics sales based on their training and experience. I believe the woman was distributing narcotics from the Premises. I further believe she obtained narcotics from Adams and was likely distributing narcotics at Adam's direction. At approximately 3:22 p.m., Investigators observed Adams' Mercedes arrive and park directly in front of the front door of the Premises. Investigators then observed Adams disembark the Mercedes and enter the Premises.

31.     On May 6, 2021, Investigators observed photographs of Adams provided by PPB investigators, Adams' Oregon Drivers License Photo, as well as photographs from a Facebook profile identified as associated to Adams and, by comparing the images to their physical surveillance of Adams, confirmed that ▮▮▮▮▮▮ drug customer who resides at the Premises and operates the Mercedes to be Adams. To date, Investigators have physically observed Adams at the Premises as recently as May 11, 2021.

## Conclusion

32.     Based on the foregoing, my training, experience, and the case to date, I believe Adams possessed with the intent to distribute over 500 gross grams of heroin and 100 grams of a mixture containing Fentanyl, all in violation of the Target Offense.  I therefore request the Court issue a criminal complaint and arrest warrant for Adams for these violations.

**Page 13 – Affidavit of Christopher Haynes**                    **USAO Version Rev. April 2018**

33.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Paul Maloney, and AUSA Maloney advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

## Request for Sealing

34.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time is likely to seriously jeopardize the ongoing investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

/s/ *Sworn to by telephone*
*In accordance with Fed. R. Crim. P. 4.1*
Christopher Haynes
DEA Task Force Officer

Sworn to by telephone at ____4:53____ a.m./p.m. this ___12th___ day of May 2021 in accordance with Fed. R. Crim. P. 4.1.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Page 14 – Affidavit of Christopher Haynes                         USAO Version Rev. April 2018